UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| IN RE: | CASE NO: 09-31770 |
|---|---|
| Yelvis Demond Parker | (Chapter 13) |
| Ebony Renee Parker | |
| Debtors | JUDGE LAWRENCE S. WALTER |

REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4072042**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 11/ 36 | SPRINGFIELD REGIONAL MED CTR<br>BOX 951300<br>CLEVELAND, OH  44193 | 6.57 |
| 5/ 37 | SPRINGFIELD REGIONAL MED CTR<br>BOX 951300<br>CLEVELAND, OH  44193 | 41.09 |

/s/ Jeffrey M. Kellner
Jeffrey M. Kellner  0022205
Chapter 13 Trustee
131 N LUDLOW ST   SUITE 900
DAYTON, OH  45402-1161
(937)222-7600   Fax (937)222-7383
email: chapter13@dayton13.com

Dated: 4/12/2011

Certificate of Service                          09-31770

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

Yelvis Demond Parker
Ebony Renee Parker
6342 LARCOMB DRIVE
HUBER HEIGHTS, OH  45424

WAYNE P NOVICK
2135 MIAMISBURG-CENTERVILLE RD
CENTERVILLE, OH  45459

(48.1n)
DENNIS A LIEBERMAN
ATTN EMERSON R KECK
15 WEST FOURTH STREET STE 100
DAYTON, OH  45402

(59.1n)
PRA RECEIVABLES MANAGEMENT LLC
BOX 41067
NORFOLK, VA  23541

(36.1)
SPRINGFIELD REGIONAL MED CTR
BOX 951300
CLEVELAND, OH  44193

(56.1n)
US ATTORNEY GENERAL
MAIN JUSTICE BLDG RM 5111
10TH ST & CONSTITUTION AVE NW
WASHINGTON, DC  20530

(57.1n)
US ATTORNEY GENERAL
602 FEDERAL BLDG
200 WEST SECOND ST
DAYTON, OH  45402

Jeffrey M. Kellner BY      /s/ Jeffrey M. Kellner                    sv